IN THE CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND

| | | |
|---|---|---|
| CAREFIRST, INC., et al., | : | |
| Plaintiff | : | |
| v. | : | Case No.: C-03-CV-25-000701 |
| CHANGE HEALTHCARE TECHNOLOGIES, LLC, et al., | : | |
| | : | |
| Defendant | | |

### MOTION TO VACATE NOTICE OF CONTEMPLATED DISMISSAL

COME NOW the Plaintiffs, by and through undersigned counsel, Richard W. Evans, Kathleen F. Harris, and McCarthy Wilson LLP, and hereby respectfully requests this Court vacate the Notice of Contemplated Dismissal, and for good cause states as follows:

1. On July 2, 2025, undersigned counsel received a Notice of Contemplated Dismissal for Lack of Jurisdiction (the "Notice") indicating that the court had not been able to acquire jurisdiction due to absence of service of process on the Defendants.

2. On February 21, 2025, Plaintiffs filed suit against Defendants. Summonses were issued after the filing of the Complaint.

3. On April 24, 2025, Plaintiffs requested that the court re-issue summonses, and this Court issued the summonses on April 25, 2025.

4. The re-issued summonses mandated that they be served within sixty (60) days from their issuance, which required service on or before June 24, 2025.

5. On June 23, 2025, Plaintiffs served the re-issued summonses, the Complaint, and discovery requests ("Summons Packages") on the eight Defendants through their registered agents, The Corporation Trust Incorporated. Mr. Ryan DePirri, an individual over eighteen (18) years of age, effectuated service of process by hand delivering the Summons Packages. See Affidavits of service, filed on July 2, 2025, attached hereto as Exhibits A-H.

6. On June 23, 2025, the Defendants' registered agent issued a document acknowledging receipt of service of process. See Exhibit I.

7. Plaintiffs effectuated service of process on June 23, 2025 and have filed affidavits of service with regard to this service. As a result, this Honorable court has jurisdiction over the Defendants and the notice of contemplated dismissal is respectfully requested to be dismissed as moot.

WHEREFORE, Plaintiff having effectuated service on the Defendants, and informing this Honorable Court through representative Affidavits of Service, requests that this Honorable Court grant this Motion to Vacate the Notice of Contemplated Dismissal for good cause.

LAW OFFICES
McCARTHY WILSON LLP
A LIMITED LIABILITY PARTNERSHIP
WWW.MCWILSON.COM

        Respectfully submitted,

        McCARTHY WILSON LLP

By:   *//s//  Richard W. Evans, Esquire*
        Richard W. Evans, Esquire
        AIS #: 9506210124

        *//s//  Kathleen F. Harris, Esquire*
        Kathleen Fawcett Harris, Esquire
        AIS #: 1012140248
        2200 Research Boulevard, Suite 500
        Rockville, MD 20850
        (301) 762-7770 – Office
        (301) 926-7444 - Facsimile
        evansr@mcwilson.com
        harrisk@mcwilson.com
        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of July, 2025, a copy of the foregoing *Motion to Vacate the Notice of Contemplated Dismissal* was filed via MDEC, and served via regular mail to:

Change Healthcare Technologies, LLC
The Corporation Trust Incorporated
2405 York Road Suite 201
Lutherville Timonium, MD 21093

Change Healthcare, Inc.
The Corporation Trust Incorporated
2405 York Road Suite 201
Lutherville Timonium, MD 21093

Change Healthcare Solutions, LLC
The Corporation Trust Incorporated
2405 York Road Suite 201
Lutherville Timonium, MD 21093

Change Healthcare Resources, LLC
The Corporation Trust Incorporated
2405 York Road Suite 201
Lutherville Timonium, MD 21093

Change Healthcare Technologies Enabled Services, LLC
The Corporation Trust Incorporated
2405 York Road Suite 201
Lutherville Timonium, MD 21093

Change Healthcare Practice Management Solutions, Inc.
The Corporation Trust Incorporated
2405 York Road Suite 201
Lutherville Timonium, MD 21093

Altegra Health Operating Company, LLC
The Corporation Trust Incorporated
2405 York Road Suite 201
Lutherville Timonium, MD 21093

LAW OFFICES
McCARTHY WILSON LLP
A LIMITED LIABILITY PARTNERSHIP
WWW.MCWILSON.COM

Envoy LLC
The Corporation Trust Incorporated
2405 York Road Suite 201
Lutherville Timonium, MD 21093

Courtesy Copies of the instant motion with exhibits have been sent via email to :

Robert Poole, Esq.
*Counsel for Defendants*

By:   /s/ Richard W. Evans
          Richard W. Evans, Esquire
          CPF #: 9506210124

LAW OFFICES
McCARTHY WILSON LLP
A LIMITED LIABILITY PARTNERSHIP
WWW.MCWILSON.COM

**IN THE CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND**

| | |
|---|---|
| CAREFIRST, INC., et al., | : |
| Plaintiff | : |
| v. | :   Case No.: C-03-CV-25-000701 |
| CHANGE HEALTHCARE TECHNOLOGIES, LLC, et al., | : |
| | : |
| Defendant | |

## ORDER

UPON CONSIDERATION of the Plaintiffs' Motion to Vacate the Notice Contemplated Dismissal, the entire record herein, and for good cause having been shown, it is this ___ day of _____, 2025, by the Circuit Court for Baltimore County, Maryland,

ORDERED, that Plaintiffs' Motion to Vacate the Notice Contemplated Dismissal is hereby, GRANTED, and it is further ORDERED that the Notice of Contemplated Dismissal issued by this Court on July 2, 2025 be hereby VACATED.

                                                           Judge, Circuit Court for Baltimore County, Maryland

Copies to: *Pro* Se Parties and Counsel of Record

LAW OFFICES
McCARTHY WILSON LLP
A LIMITED LIABILITY PARTNERSHIP
WWW.MCWILSON.COM

1