UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| CAREFIRST INC., et al. | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 1:25-cv-02399-SAG |
| CHANGE HEALTHCARE TECHNOLOGIES, LLC, et al. | ) ) ) ) |
| Defendants. | ) ) ) |

**CERTIFICATION OF FILING OF STATE COURT DOCUMENTS**
**PURSUANT TO LOCAL RULE 103.5**

Pursuant to Local Rule 103.5(a), Defendants Change Healthcare Technologies, LLC, Change Healthcare Resources LLC, Change Healthcare Technology Enabled Services, LLC, Change Healthcare Practice Management Solutions, Inc., Altegra Health Operating Company, LLC, Change Healthcare, Inc., Change Healthcare Solutions, LLC, and Envoy LLC, by and through the undersigned counsel, hereby submit a copy of the remaining state court papers that were not initially filed with the Notice of Removal on or about July 23, 2025, which have been attached hereto as Exhibits L-S. Counsel certifies that all known filings in the state court action have now been filed with this court.

DATED: August 22, 2025

*/s/ Anne J. Martin*
Anne J. Martin (MD Bar No. 21952)

*Counsel for Defendants Change Healthcare Technologies, LLC, Change Healthcare Resources LLC, Change Healthcare Technology Enabled Services, LLC, Change Healthcare Practice Management Solutions, Inc., Altegra Health Operating Company, LLC, Change Healthcare, Inc., Change Healthcare Solutions, LLC, and Envoy, LLC*

1

| | |
|---|---|
| Anne J. Martin<br>**ALSTON & BIRD LLP**<br>950 F St. NW<br>Washington, DC 20004<br>(202) 239-3300 (telephone)<br>(202) 239-3333 (facsimile)<br>anne.martin@alston.com | Alex Brown (Admitted *pro hac vice*)<br>Robert H. Poole (*pro hac vice forthcoming*)<br>**ALSTON & BIRD LLP**<br>1201 W. Peachtree Street<br>Atlanta, Georgia 30309<br>(404) 881-7000 (telephone)<br>(404) 881-7777 (facsimile)<br>alex.brown@alston.com<br>robert.poole@alston.com |

*Attorneys for Change Healthcare Technologies, LLC, Change Healthcare Resources LLC, Change Healthcare Technology Enabled Services, LLC, Change Healthcare Practice Management Solutions, Inc., Altegra Health Operating Company, LLC, Change Healthcare, Inc., Change Healthcare Solutions, LLC, and Envoy, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was filed on August 22, 2025, with the Court and served electronically via the CM/ECF system to all counsel of record registered to receive a Notice of Electronic Filing for this case.

*/s/ Anne J. Martin*
Anne J. Martin (MD Bar No. 21952)
**ALSTON & BIRD LLP**
950 F St. NW
Washington, DC 20004
(202) 239-3300 (telephone)
(202) 239-3333 (facsimile)
anne.martin@alston.com

*Counsel for Defendants Change Healthcare Technologies, LLC, Change Healthcare Resources LLC, Change Healthcare Technology Enabled Services, LLC, Change Healthcare Practice Management Solutions, Inc., Altegra Health Operating Company, LLC, Change Healthcare, Inc., Change Healthcare Solutions, LLC, and Envoy, LLC*